## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**JOHN DOE,** *an individual,*

Plaintiff,

v.

**UNIVERSITY OF MICHIGAN** (as to Title IX violations)**, BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN,** *a constitutional corporate body* (as to Title IX & ELCRA violations), **ELIZABETH SENEY, TAMIKO STRICKMAN, LAURIE MCCAULEY, ERIK WESSEL, LAURA BLAKE JONES, MARTINO HARMON, CONOR CAPLIS, MICHAEL MAIDEN, MAUREEN MUYSENBURG, JEFFREY LANGE, MICHAEL RYANS** and **PAUL ROBINSON,** *employees of the University of Michigan, sued in his or her personal and official capacities, jointly and severally,*

Defendants.

Case No: 26-CV-10768
Hon. Terrence G. Berg

**STIPULATED ORDER EXTENDING PLAINTIFF'S TIME TO FILE SECOND AMENDED COMPLAINT**

---

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

**Miller, Canfield, Paddock and Stone, P.L.C**
Brian M. Schwartz (P69018)
Joel C. Bryant (P79506)
Gabrielle Bayne (P88706)
Attorneys for Defendants
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com

This matter having come before the Court by the stipulation of the parties, and the Court being otherwise fully advised in the premises;

The Court having Ordered, on May 14, 2026, that Plaintiff is to file his Second Amended Complaint by May 28, 2026;

The parties hereby stipulate that Plaintiff's deadline to file his Second Amended Complaint is extended until and including June 3, 2026.

IT IS SO ORDERED.

Dated: June 3, 2026                           s/Terrence G. Berg
                                              Hon. Terrence G. Berg
                                              United States District Court Judge

**AS STIPULATED AND AGREED:**

| | |
|---|---|
| **DEBORAH GORDON LAW** | **Miller, Canfield, Paddock and Stone, P.L.C** |
| Deborah L. Gordon (P27058) | Brian M. Schwartz (P69018) |
| */s/ Elizabeth Marzotto Taylor (P82061)* | Joel C. Bryant (P79506) |
| Sarah Gordon Thomas (P83935) | */s/ Gabrielle Bayne (P88706) with permission* |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 33 Bloomfield Hills Parkway, Suite 220 | 150 W. Jefferson Road, Suite 2500 |
| Bloomfield Hills, Michigan 48304 | Detroit, MI 48226 |
| (248) 258-2500 | (313) 963-6420 |
| dgordon@deborahgordonlaw.com | schwartzb@millercanfield.com |
| emarzottotaylor@deborahgordonlaw.com | bryant@millercanfield.com |
| sthomas@deborahgordonlaw.com | bayne@millercanfield.com |

**Date: June 2, 2026**