**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOHN DOE,** *an individual,*

Plaintiff,

v.

**UNIVERSITY OF MICHIGAN** (as to Title IX violations)**, BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN,** *a constitutional corporate body* (as to Title IX & ELCRA violations), **ELIZABETH SENEY, TAMIKO STRICKMAN, LAURIE MCCAULEY, ERIK WESSEL, LAURA BLAKE JONES, MARTINO HARMON, CONOR CAPLIS, MICHAEL MAIDEN, MAUREEN MUYSENBURG, JEFFREY LANGE, MICHAEL RYANS** and **PAUL ROBINSON,** *employees of the University of Michigan, sued in his or her personal and official capacities, jointly and severally,*

Defendants.

Case No: 26-CV-10768
Hon. Terrence G. Berg

---

**STIPULATED ORDER REGARDING SEALING OF EXHIBITS TO PLAINTIFF'S SECOND AMENDED COMPLAINT**

---

| **DEBORAH GORDON LAW** | **Miller, Canfield, Paddock and Stone, P.L.C** |
|---|---|
| Deborah L. Gordon (P27058) | Brian M. Schwartz (P69018) |
| Elizabeth Marzotto Taylor (P82061) | Joel C. Bryant (P79506) |
| Sarah Gordon Thomas (P83935) | Gabrielle Bayne (P88706) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 33 Bloomfield Hills Parkway, Suite 220 | 150 W. Jefferson Road, Suite 2500 |
| Bloomfield Hills, Michigan 48304 | Detroit, MI 48226 |
| (248) 258-2500 | (313) 963-6420 |
| dgordon@deborahgordonlaw.com | schwartzb@millercanfield.com |
| emarzottotaylor@deborahgordonlaw.com | bryant@millercanfield.com |
| sthomas@deborahgordonlaw.com | bayne@millercanfield.com |

This matter having come before the Court by the stipulation of the parties, and the Court being otherwise fully advised in the premises:

1.　On May 14, 2026, this Court granted leave for Plaintiff to file a Second Amended Complaint. *See* Text-Only Order of May 14, 2026.

2.　Attached to Plaintiff's Second Amended Complaint will be various exhibits, some of which, as follows, were previously filed under seal, per this Court's Text-Only Order of March 30, 2026:

a.　Final Investigation Report;

b.　September 30, 2025 Hearing Transcript;

c.　Written Determination Regarding Responsibility; and

d.　Appeal Decision from External Reviewer.

3.　Based on this Court's Text-Only Order of March 30, 2026, and with the stipulation of all parties, the aforementioned exhibits to Plaintiff's Second Amended Complaint shall be filed under seal.

IT IS SO ORDERED.

Dated: June 3, 2026　　　　　　　　　　s/Terrence G. Berg＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　Hon. Terrence G. Berg
　　　　　　　　　　　　　　　　　　United States District Court Judge

2

**AS STIPULATED AND AGREED:**

| | |
|---|---|
| **DEBORAH GORDON LAW** | **Miller, Canfield, Paddock and Stone, P.L.C** |
| Deborah L. Gordon (P27058) | |
| */s/ Elizabeth Marzotto Taylor (P82061)* | Brian M. Schwartz (P69018) |
| Sarah Gordon Thomas (P83935) | Joel C. Bryant (P79506) |
| Attorneys for Plaintiff | */s/ Gabrielle Bayne (P88706) (with permission)* |
| 33 Bloomfield Hills Parkway, Suite 220 | Attorneys for Defendants |
| Bloomfield Hills, Michigan 48304 | 150 W. Jefferson Road, Suite 2500 |
| (248) 258-2500 | Detroit, MI 48226 |
| dgordon@deborahgordonlaw.com | (313) 963-6420 |
| emarzottotaylor@deborahgordonlaw.com | schwartzb@millercanfield.com |
| sthomas@deborahgordonlaw.com | bryant@millercanfield.com |
| | bayne@millercanfield.com |

**Date: June 3, 2026**

3