# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**JOHN DOE,** *an individual,*

        Plaintiff,

v.

**UNIVERSITY OF MICHIGAN, BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN,** *a constitutional corporate body*, **ELIZABETH SENEY, TAMIKO STRICKMAN, ERIK WESSEL, LAURA BLAKE JONES, MICHAEL RYANS** and **SUZANNE QUINN MCFADDEN,**
*employees of the University of Michigan, sued in his or her personal and official capacities, jointly and severally,*

        Defendants.

Case No: 26-CV-10768
Hon. Terrence G. Berg

---

**STIPULATED ORDER SEALING EXHIBITS TO PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

---

| **DEBORAH GORDON LAW** | **Miller, Canfield, Paddock and Stone, P.L.C** |
|---|---|
| Deborah L. Gordon (P27058) | Brian M. Schwartz (P69018) |
| Elizabeth Marzotto Taylor (P82061) | Joel C. Bryant (P79506) |
| Sarah Gordon Thomas (P83935) | Gabrielle Bayne (P88706) |
| Attorneys for Plaintiff | Attorneys for Defendants |
| 33 Bloomfield Hills Parkway, Suite 220 | 150 W. Jefferson Road, Suite 2500 |
| Bloomfield Hills, Michigan 48304 | Detroit, MI 48226 |
| (248) 258-2500 | (313) 963-6420 |
| dgordon@deborahgordonlaw.com | schwartzb@millercanfield.com |
| emarzottotaylor@deborahgordonlaw.com | bryant@millercanfield.com |
| sthomas@deborahgordonlaw.com | bayne@millercanfield.com |
| | fitch@millercanfield.com |

---

This matter having come before the Court by the stipulation of the parties, and the Court being otherwise fully advised in the premises:

1.      On June 3, 2026, this Court granted leave for Plaintiff to file exhibits to his Second Amended Complaint ("SAC") under seal. *See* ECF No. 84.

2.      Plaintiff seeks to file the same exhibits under seal in support of his forthcoming Motion for Temporary Restraining Order and Preliminary Injunction, highlighting different material for the Court's review.

3.      Attached to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction will be the following exhibits, previously filed under seal, per this Court's Order on June 3, 2026:

      a.      Complainant's Interview Transcript (**Exhibit 2 to SAC**);

      b.      Final Investigation Report (**Exhibit 3 to SAC**);

      c.      September 30, 2025 Hearing Transcript (**Exhibit 4 to SAC**);

      d.      Written Determination Regarding Responsibility (**Exhibit 5 to SAC**);

      e.      Appeal of Sanctioning Decision (**Exhibit 6 to SAC)**;

      f.      Appeal Decision from External Reviewer (**Exhibit 7 to SAC**).

      g.      Disciplinary Sanctions and Remedies (**Exhibit 8 to SAC**); and

      h.      Vice President for Student Life Appeal Review (**Exhibit 9 to SAC**).

4.      Based on this Court's June 3, 2026 Order, and with the stipulation of all parties, the aforementioned exhibits to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction shall be filed under seal.

IT IS SO ORDERED.


Dated: July 29, 2026                          s/Terrence G. Berg
                                             Hon. Terrence G. Berg
                                             United States District Court Judge



**AS STIPULATED AND AGREED:**


**DEBORAH GORDON LAW**            **Miller, Canfield, Paddock and Stone,**
Deborah L. Gordon (P27058)        **P.L.C**
*/s/ Elizabeth Marzotto Taylor*   */s/ Brian M. Schwartz (P69018) with*
*(P82061)*                        *permission*
Sarah Gordon Thomas (P83935)      Joel C. Bryant (P79506)
Attorneys for Plaintiff           Gabrielle Bayne (P88706)
33 Bloomfield Hills Parkway, Suite 220   Attorneys for Defendants
Bloomfield Hills, Michigan 48304  150 W. Jefferson Road, Suite 2500
(248) 258-2500                    Detroit, MI 48226
dgordon@deborahgordonlaw.com      (313) 963-6420
emarzottotaylor@deborahgordonlaw.com   schwartzb@millercanfield.com
sthomas@deborahgordonlaw.com      bryant@millercanfield.com
                                  bayne@millercanfield.com


**Date: July 28, 2026**


3