**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOHN DOE,** *an individual,*

Plaintiff,

v.

**UNIVERSITY OF MICHIGAN BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN,** *a constitutional corporate body,* **ELIZABETH SENEY, TAMIKO STRICKMAN, ERIK WESSEL, LAURA BLAKE JONES, MICHAEL RYANS** and **SUZANNE QUINN MCFADDEN,** *employees of the University of Michigan, sued in his or her personal and official capacities, jointly and severally,*

Defendants.

Case No: 26-CV-10768
Hon. Terrence G. Berg

**STIPULATED ORDER EXTENDING PLAINTIFF'S TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

**Miller, Canfield, Paddock and Stone, P.L.C**
Brian M. Schwartz (P69018)
Joel C. Bryant (P79506)
Gabrielle Bayne (P88706)
Attorneys for Defendants
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com
fitch@millercanfield.com

WHEREAS, Plaintiff has requested and Defendants have agreed to a three-days extension of time for Plaintiff's Response to Defendants' Motion to Dismiss [ECF No. 99], initially due August 24, 2026:

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto by their respective counsel that Plaintiff will file his Response to Defendants' Motion for Dismiss [ECF No. 99] by **August 27, 2026**.

**IT IS SO ORDERED.**

Dated: August 25, 2026

s/Terrence G. Berg

Hon. Terrence G. Berg
United States District Court Judge

Approved as to form and substance:

**DEBORAH GORDON LAW**
*/s/ Deborah L. Gordon (P27058)*
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

**Miller, Canfield, Paddock and Stone, P.L.C**
*/s/ Brian M. Schwartz (P69018) (with permission)*
Joel C. Bryant (P79506)
Gabrielle Bayne (P88706)
Attorneys for Defendants
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com
fitch@millercanfield.com