**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOHN DOE,** *an individual,*

Plaintiff,

Case No: 26-CV-10768
Hon. Terrence G. Berg

v.

**UNIVERSITY OF MICHIGAN BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN,** *a constitutional corporate body,* **ELIZABETH SENEY, TAMIKO STRICKMAN, ERIK WESSEL, LAURA BLAKE JONES, MICHAEL RYANS** and **SUZANNE QUINN MCFADDEN,** *employees of the University of Michigan, sued in his or her personal and official capacities, jointly and severally,*

Defendants.

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

**Miller, Canfield, Paddock and Stone, P.L.C**
Brian M. Schwartz (P69018)
Joel C. Bryant (P79506)
Gabrielle Bayne (P88706)
Attorneys for Defendants
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com
fitch@millercanfield.com

**PLAINTIFF'S MOTION TO SUPPLEMENT HIS MOTION FOR TEMPORARY RESTRA|NING ORDER AND PRELIMINARY INJUNCTION**

NOW COMES Plaintiff John Doe, by and through his attorneys, Deborah Gordon Law, and requests that this court grant Plaintiff's Motion to Supplement his Motion for Temporary Restraining Order and Preliminary Injunction, and states as follows:

1. On May 11, 2026, current counsels filed appearances. ECF Nos. 79-81.

2. On June 3, 2026, Plaintiff's Second Amended Complaint was filed, ECF No. 87.

3. On July 28, 2026, Plaintiff's Motion for Temporary Restraning Order and Preliminary Injunction was filed. ECF No. 94. On August 13, 2026, Defendants filed their Response to Plaintiff's Motion for Temporary Restraning Order and Preliminary Injunction. ECF No. 101. On August 18, 2026, Plaintiff's filed his Reply in Support of his Motion for a Temporary Restraning Order and Preliminary Injunction. ECF No. 107. The Motion for Temporary Restraining Order and Preliminary Injunction is now fully briefed. The Court has taken the matter under advisement. With the parties' concurrence, the Court intends to decide the Motion without oral argument.

4. On August 3, 2026, Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint with Prejudice. ECF No. 99.

5. Plaintiff seeks to amend his Motion for Temporary Restraining Order and Preliminary Injunction to add a claim for relief pursuant to Count V (inadvertently labeled Count IV) – Count V Title IX Erroneous Outcome claim.

6. Plaintiff is not seeking to add a new claim or new facts. The Title IX erroneous outcome issue has already been briefed by Defendant in their Motion to Dismiss. It will be briefed in the Plaintiff's Response Brief, to be filed on August 28, 2026. Defendants' Reply will follow.

7. Rather, in response to Defendants Motion to Dismiss, additional case law came to light that makes clear that Plaintiff is likely to succeed on the Title IX Erroneous Outcome claim and it should be considered along with the Void for Vagueness Claim set forth in Plaintiff's original Motion for Temporary Restraning Order and Preliminary Injunction.

8. Fed. R. Civ. P. 65 does not limit the relief sought here.

9. Federal courts have broad discretion and inherent authority to manage their own dockets in order to promote efficient and expeditious resolution of case Fed. R. Civ. P. 1.

10. It would be expeditious for the court to consider both legal claims in its decision as to the Temporary Restraning Order request.

11. Therefore, Plaintiff seeks leave to supplement his Motion for Temporary Restraning Order set forth above. The parties and the Court may consider whether and additional briefing would be necessary.

12. In accordance with E.D. Mich. L.R. 7.1, on August 28, 2026, Plaintiff John Doe sought concurrence. Such concurrence was not forthcoming

Dated: August 28, 2026

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon
Deborah L. Gordon (P27058)
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOHN DOE,** *an individual,*

Plaintiff,

Case No: 26-CV-10768
Hon. Terrence G. Berg

v.

**UNIVERSITY OF MICHIGAN BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN,** *a constitutional corporate body,* **ELIZABETH SENEY, TAMIKO STRICKMAN, ERIK WESSEL, LAURA BLAKE JONES, MICHAEL RYANS** and **SUZANNE QUINN MCFADDEN,** *employees of the University of Michigan, sued in his or her personal and official capacities, jointly and severally,*

Defendants.

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

**Miller, Canfield, Paddock and Stone, P.L.C**
Brian M. Schwartz (P69018)
Joel C. Bryant (P79506)
Gabrielle Bayne (P88706)
Attorneys for Defendants
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com
fitch@millercanfield.com

**BRIEF IN SUPPORT OF PLAINTIFF'S MOTION TO SUPPLEMENT HIS MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

In support of his Motion, Plaintiff relies on the facts and law set forth in the Motion, the Federal Rules of Civil Procedure, and the files and records in this case.

Dated: August 28, 2026

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon
Deborah L. Gordon (P27058)
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2026 I electronically filed with the foregoing Motion and Brief with the Clerk of the Court using the ECF system which will send notification of such filing to all counsel of record.

**DEBORAH GORDON LAW**
/s/Deborah L. Gordon
Deborah L. Gordon (P27058)
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, MI 48304
(248) 258-2500
dgordon@deborahgordonlaw.com