**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOHN DOE,** *an individual,*

Plaintiff,

Case No: 26-CV-10768
Hon. Terrence G. Berg

v.

**UNIVERSITY OF MICHIGAN, BOARD OF REGENTS OF THE UNIVERSITY OF MICHIGAN,** *a constitutional corporate body,* **ELIZABETH SENEY, TAMIKO STRICKMAN, ERIK WESSEL, LAURA BLAKE JONES, MICHAEL RYANS** and **SUZANNE QUINN MCFADDEN,** *employees of the University of Michigan, sued in his or her personal and official capacities, jointly and severally,*

Defendants.

**DEBORAH GORDON LAW**
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

**Miller, Canfield, Paddock and Stone, P.L.C**
Brian M. Schwartz (P69018)
Joel C. Bryant (P79506)
Gabrielle Bayne (P88706)
Attorneys for Defendants
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com
fitch@millercanfield.com

# PLAINTIFF'S MOTION TO FILE UNDER SEAL AN ADDITIONAL EXHIBIT TO ECF NO. 112 AS TO WITNESS IDENTITY

Plaintiff, John Doe, pursuant to the E.D. Mich. Local Rule 5.3, the Family Educational Rights and Privacy Act ("FERPA"), and *U.S. v. Miami University*, 294 F.3d 797, 812 (6th Cir. 2002), submits the following motion to file an exhibit as to the name of a student witness under seal in support of his Response to Defendants' Motion to Dismiss. In support of this motion, Plaintiff states:

1. Defendants filed their Motion to Dismiss on August 13, 2026. ECF No. 99.

2. Plaintiff filed his response to Defendants' Motion on August 28, 2026. ECF No 112.

3. In his Response, Plaintiff referenced statements from a student witness, referring to her as "Jane Roe."

4. Pursuant to Local Rule 5.3(b)(3)(A)(v), Plaintiff proposes to file the following exhibit under seal:

    a. Exhibit 7: Identity of "Jane Roe"

To protect the confidentiality of "Jane Roe", Plaintiff seeks to file this exhibit entirely under seal.

5. As of the date of this filing, no protective order has been entered in this case. L.R. 5.3(b)(3)(A)(ii). The information in the document Plaintiff seeks to file has been treated as confidential.

6. Plaintiff sought concurrence from Defendants' counsel, who concurred in the relief sought on September 2, 2026.

WHEREFORE, Plaintiff seeks to file Exhibit 7 to his Response to Defendants' Motion for Summary Judgment entirely under seal.

Dated: September 2, 2026

**DEBORAH GORDON LAW**
***/s/Deborah L. Gordon (P27058)***
Attorneys for Plaintiffs
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 2, 2026, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing and service of said documents to all parties through their counsel of record.

**DEBORAH GORDON LAW**
***/s/Deborah L. Gordon (P27058)***
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com