UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, *an individual*

Plaintiff,

v.

UNIVERSITY OF MICHIGAN, et al.,

Defendants.

Case No. 2:26-cv-10768

District Judge Terrence G. Berg
Magistrate Judge Kimberly G. Altman

---

Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Deborah Gordon Law
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

Brian M. Schwartz (P69018)
Joel C. Bryant (P79506)
Gabrielle M.A. Bayne (P88706)
Miller, Canfield, Paddock and Stone, P.L.C.
*Attorneys for Defendants*
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com

---

**STIPULATED ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE REPLY BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS**

On August 3, 2026, Defendants filed their Motion to Dismiss Plaintiff's Second Amended Complaint. (ECF No. 99). After stipulated extensions, on August 28, 2026 Plaintiff filed his Response brief. (ECF No. 112). The parties have agreed

on an extension of time for Defendants to file their Reply brief, which is currently due September 11.

ACCORDINGLY, IT IS HEREBY ORDERED that the deadline for Defendants to file their Reply brief shall be extended to September 16, 2026.

IT IS SO ORDERED.

s/Terrence G. Berg
DISTRICT COURT JUDGE

Dated: September 11, 2026

**AGREED AS TO FORM AND CONTENT**:

**Deborah Gordon Law**

*/s/ Deborah Gordon with permission*
Deborah L. Gordon (P27058)
Sarah Gordon Thomas (P83935)
Attorneys for Plaintiff
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

**Miller, Canfield, Paddock and Stone, P.L.C**

*/s/ Brian M. Schwartz*
Brian M. Schwartz (P69018)
Joel C. Bryant (P79506)
Gabrielle Bayne (P88706)
Attorneys for Defendants
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com

Dated: September 10, 2026