UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHN DOE, *an individual*

Plaintiff,

v.

UNIVERSITY OF MICHIGAN, et al.,

Defendants.

Case No. 2:26-cv-010768

District Judge Terrence G. Berg
Magistrate Judge Kimberly G. Altman

---

Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
Deborah Gordon Law
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

Brian M. Schwartz (P69018)
Joel C. Bryant (P79506)
Gabrielle M.A. Bayne (P88706)
Miller, Canfield, Paddock and Stone, P.L.C.
*Attorneys for Defendants*
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com

---

**STIPULATED ORDER CORRECTING DEFENDANTS**

On June 3, 2026, Plaintiff filed a Second Amended Complaint ("SAC"). The SAC included in the caption several individuals who are no longer defendants. On June 9, 2026, the Court entered an Order dismissing Martino Harmon, Conor Caplus, Michael Maiden, Maureen Muysenberg, Jeff Lange, and Paul Robinson without prejudice. (ECF No. 90). Laurie McCauley is also included in the caption of the

SAC and is listed as a defendant on the docket, but is not a named defendant. McCauley should also be dismissed without prejudice.

Accordingly, IT IS HEREBY ORDERED that Laurie McCauley is dismissed without prejudice.

IT IS SO ORDERED.

s/Terrence G. Berg
DISTRICT COURT JUDGE

Dated: September 17, 2026

**AGREED AS TO FORM AND CONTENT**:

*/s/ Elizabeth Marzotto Taylor (w/ consent)*
Deborah L. Gordon (P27058)
Elizabeth Marzotto Taylor (P82061)
Sarah Gordon Thomas (P83935)
DEBORAH GORDON LAW
*Attorneys for Plaintiff*
33 Bloomfield Hills Parkway, Suite 220
Bloomfield Hills, Michigan 48304
(248) 258-2500
dgordon@deborahgordonlaw.com
emarzottotaylor@deborahgordonlaw.com
sthomas@deborahgordonlaw.com

*/s/ Brian M. Schwartz*
Brian M. Schwartz (P69018)
Joel C. Bryant (P79506)
Gabrielle Bayne (P88706)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C
*Attorneys for Defendants*
150 W. Jefferson Road, Suite 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bryant@millercanfield.com
bayne@millercanfield.com

Dated: September 16, 2026